**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN: 151773)**
wgorham@mayallaw.com
**NICHOLAS J. SCARDIGLI (SBN: 249947)**
nscardigli@mayallaw.com
**VLADIMIR J. KOZINA (SBN: 284645)**
vjkozina@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

Attorneys for Plaintiff Angelo Kalaveras and the Putative Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELO KALAVERAS, an individual,** <br><br> Plaintiff, <br><br> vs. <br><br> **BURROUGHS, INC.; and DOES 1-100, inclusive,** <br><br> Defendants. | Case No.: 3:18-cv-03110-WHA <br><br> **NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Date: November 8, 2018 <br> Time: 8:00 a.m. <br> Courtroom: 12 <br> Judge: William Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on November 8, 2018, at 8:00 a.m. or as soon thereafter as the matter can be heard, Plaintiff Angelo Kalaveras, will bring on for hearing before the Honorable William Alsup, in Courtroom 12 on the 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, this Motion to Dismiss, or in the Alternative, for Leave to File First Amended Complaint (the "Motion"). By way of this Motion, Plaintiff respectfully requests the Court dismiss the above-captioned action without prejudice, or in the alternative, grant leave to file a First Amended Complaint.

This motion is made pursuant to Federal Rules of Civil Procedure, Rule 23, and is based on

this Notice, on the Memorandum of Points and Authorities, the Declaration Robert J. Wasserman with accompanying exhibits (including the proposed Amended Complaint), the Declaration of Noah J. Woods, the pleadings, orders, transcripts, and other papers on file in this matter; and any further evidence and arguments as may be presented at the hearing of this matter.

DATED:  October 4, 2018           **MAYALL HURLEY P.C**.

By  */ s / Robert J. Wasserman*
ROBERT J. WASSERMAN
Attorneys for Plaintiff,
Angelo Kalaveras and the Putative Class

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am a citizen of the United States and a resident of San Joaquin County.  I am over the age of eighteen years and not a party to this action.  My business address is 2453 Grand Canal Boulevard, Stockton, California 95207 and is located in the county where the mailing and/or delivery below took place.

On October 4, 2018, pursuant to the Local Rules of the Northern District of California, I electronically filed the attached **NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing(s) to the following:

>Noah J. Woods - woods@brownlawgroup.com
>Brown Law Group
>600 B Street, Suite 1650
>San Diego, CA 92101

Additionally, on October 4, 2018, pursuant to Federal Rules of Civil Procedure, Rule 5(b)(1), I directed to be deposited in a box or other facility regularly maintained by OnTrac or delivered to a courier or driver authorized by said express service carrier to receive documents, a copy of the document mentioned above, in an envelope designed by the said express service carrier, with delivery fees paid or provided for, addressed as follows:

>Leonard Emma
>Hoffman Employment Lawyers
>1999 Harrison Street, 18th Floor
>Oakland, CA  94612

I further declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made; and that the foregoing is true and correct.  Executed on October 4, 2018 at Stockton, California.

>_/s/ Lindsay Zoetewey_
>LINDSAY ZOETEWEY

---

Certificate of Service - 1
*Kalaveras v. Burroughs, Inc.* – Case No. 4:18-cv-03110-WHA