IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELO KALAVERAS, an individual,

    Plaintiff,

v.

BURROUGHS, INC.; and DOES 1-100, inclusive,

    Defendants.

No. C 18-03110 WHA

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**

    The Court is in receipt of plaintiff's unopposed motion to dismiss without prejudice (Dkt. No. 21). At the initial case management conference, the parties informed the Court that due to a broader set of alleged claims in a concurrent state action plaintiff may move to dismiss this action without prejudice in favor of joining that action. The Court appreciates the parties' candor and **GRANTS** plaintiff's motion to dismiss without prejudice. All future hearings are **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 23, 2018.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE